UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

---

Paul Miller,                                                                 No. 4:20-cv-00173-SDJ-KPJ

                                                                                                                                                                              Jury

                                       Plaintiff,

                       v.

Target Card Services,

                                       Defendant.

---

**ORDER FOR DISMISSAL
AS TO SECOND AND THIRD COUNTS**

---

        This Court heard the Defendant's motion (ECF Doc. __) under Federal Rule of Civil Procedure 12(b)(6) for dismissal as to Plaintiff Paul Miller's second count, under the Texas Consumer Credit Reporting Act, and his third count, for invasion of privacy, for failure to state a claim upon which relief can be granted. Having read the papers filed in connection with the motion, and being familiar with all the papers and proceedings in this action, it is hereby

        *Ordered*, That:

        1.        The Defendant's motion (ECF Doc. __) is granted.

        2.        The Plaintiff's second count, under the Texas Consumer Credit Reporting Act, is dismissed for failure to state a claim upon which relief can be granted.

        3.        The Plaintiff's third count, for invasion of privacy, is dismissed for failure to state a claim upon which relief can be granted.